# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
_Eastern_ . DIVISION

James E. Wolf )
_____ )
_____ )
_____ )

(Enter above the full name of the Plaintiff[s]
in this action.)

)
)
)
)

- vs -

MO Gov. Sec. of
State

)
)
)
)
)
)

Case No. _____

(To be assigned by Clerk
of District Court)

_____ )
_____ )
_____ )
_____ )

(Enter above the full name of **ALL** Defend-
ant[s] in this action.  Fed. R. Civ. P. 10(a)
requires that the caption of the complaint
include the names of **all** the parties. Merely
listing one party and "et al." is insufficient.
Please attach additional sheets if necessary.

)
)
)
)
)
)

### COMPLAINT

I.   State the grounds for filing this case is Federal Court (include federal statutes and/or U.S.
     Constitutional provisions, if you know them):

Title 241, 249 242, 245.
Title. 42/362 T-1-14 141 /Federal ADA.
Labon Raca Teering.

II.    Plaintiff, _James E. Wolf_ resides at

_2104 Bellerive Bld. St. Louis City,_
street address                          city            county

_MO, 63111, 1760-333-4350_
state       zip code      telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

III.   Defendant _MO Sec. of State_ lives at, or its business is located at

_600 West Main St. Jefferson City,_
street address                          city            county

_MO, 65101, (573) 751-4936._
state       zip code

(if more than one defendant, provide the same information for each defendant below)

2

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

See Motions - Actions.

V.    Relief:  State briefly and exactly what you want the Court to do for you.

MoweTany Damages —
CRimi'wal Changes if Required.

VI.    **MONEY DAMAGES:**

**A)**    Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

**YES** [X]                    **NO** [ ]

**B)**    If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

See Attached Documents

VII.    Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

**YES** [X]                    **NO** [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 29 day of July , 20 15

James E Well
Signature of Plaintiff(s)

4

CIVIL SUIT

JAMES EUGENE WOLF

VS.

JEFFERSON COUNTY, MO.

LOCAL 562 PLUMBERS AND PIPE FITTERS

LOCAL  36 SHEET METAL UNION

LOCAL 1 IBEW

GARY PARHAM

ST LOUIS COUNTY GOV LICENSE DIVISION 6TH FLR

PAYNE CREST ELECTRIC

ARNOLD, MO GOV.

CHANNEL 5- MIKE RUSH

MISSOURI GOV+HEALTH DEPT.

Motion 1. Court order injunction to inhabit home see exhibit 1

1.I ask the Federal Court Judge to enter into action an immediate court order to allow the use and living privilege of the property located at 612 Hoene Ridge Estates Dr. Eureka , Mo 63025 . Jefferson County has stopped James Wolf from using this property as a residence for almost 11 eleven years. I have had to pay the mortgage on a home without being allowed to use the residence. The home has been finished at the 98 per cent mark since 2006. It has been completely inhabitable but again Jefferson County has stopped us from living in the home.

I used almost all of my personnel saving to finish this home in 2011 and then the county stopped the use of the home. They have refused to inspect the home and

Played every dirty trick that they could against this home. Please use the power of the Federal Government court system to stop this criminal injustice against James E Wolf.

2. This injustice has placed a terrible strain on my sick body and my finances and my ability to live a normal life. I have had to pay for two residences for many years. I, James E Wolf, am disabled with terminal cancer. I have had multiple tumors removed from my back, my neck, and my chest. I have no lower back on my left side as they removed the area during the second tumor operation. I am unable to do any strenuous physical work and live on a meager disability pension. After my living expenses and medical bills I am barely able to pay the home mortgage. My ex wife pays the other half of the bill to-date for the last two years. The county has placed undo expense and numerous stop work orders on the residence as a way of punishing me for my home.

3. Prior to my disability I built the home with the aid of one other person except for a few parts of the home. The home is built way above normal standards and is designed to allow solar heating. The home is well built and is not in any way a

Poor quality home. The home has had so many stop work orders on it I have lost count. It has been drug out by the county for 11 years. Now they are trying to make a criminal out of me because I had to move into the home a while ago as my ex-wife and I split up. I was on disability and have nowhere to live and pay the bills. She threw me out on the street after my son told me to hurry up and die. I told him I was his father and he wasn't going to talk to me like that or I was going to get out of the car and whack him. It was at this point Judy my ex-wife punched me in the side of my right eye socket. I have transplants in both eyes and was lucky I was not blinded in my right eye. She then told me to get out of the car and apartment. They drove me to the apartment and threw me out. She abandoned the apartment and all furnishings including the cats. See the following depositions/ testimony: Exhibit A 1 Eric Wolf testimony A2. Megan Secary (Eric Wolf's girlfriend) Possible court testimony instead.

A3. My right eye suffered some vision distortion. I am reserving my right to file a suit and press charges at this time, however, I have seen an attorney but have held off as Judy has tried to reconcile. . Judy told our other attorney that she did not want the house and wanted take her name of the title and file bankruptcy on the loan. She made this statement several times but also made these statements in the attorney's office. He asks me if I would wear a wire to tape record these kinds of statements. I told him I did not want to wear a wire but would write down any unusual statements. My battle is with Jefferson County. Judy and I have greatly and finally made up.

4. (See exhibit Pump and Haul and check copy) I paid the county the fee to live in the home and provided a pump and haul certificate as this is allowed in Jefferson County MO. Christy Bales a Jefferson County Official handed me the check back and told me she was sorry that I had been so deprived of the use of the home. This occurred at a meeting scheduled at my residence by an attorney to see why

we can't use this home. She gave me the money back and stated to me I could live in the home. Witness's: Mark Messenger, Brian Seaman, Judy Wolf and Jim Wolf.

I handed the check and papers to Judy Wolf in front of Christy Bales.

5. Jefferson County is now retracting this and stating that I am not to be in this home. This home is complete and is fully useable as a home. But they are now charging me with living in the home without an occupancy permit. This is after they gave me permission to do so. I believe this injustice has gone on long enough. They have played this out as long as necessary beyond any normal scope of reality. Remember 11 plus years.

6. Christy Bales made the statements in front of eye witnesses. Christy Bales is under news media attention as a news reporter from channel 5 came to the home and interviewed me and some neighbors. They went to Jefferson County to ask why we can't use the home after 11 plus years. Now Jefferson County is telling a story to cover for what they have done for the last 11 plus years. They tried to avoid the question on camera. See exhibit Channel 5 Mike Rush report. Unedited edition if available. Otherwise we will supeanoa Mike Rush.

7. In quick summation I am asking the judge to allow us to use our home until such time as a final hearing can be held to prove damages and the injustice that Jefferson County has done. I ask the court to force Jefferson County to allow us the use of our home and to force this action with an injunction issued by the federal court system. I cannot get a fair trial in Jefferson County. This County is so corrupt and full of injustice it is impossible to even believe that they could be in any way impartial.

8. Also, it is only fair that Jefferson County pay for the injustice that they have created. They should be so ordered to furnish funds, labor and any materials to complete any remaining work as they are the fault of this injustice.

9. This should be a lesson to Jefferson County as to the wrongful way they have done the business of the county. Any punitive damages should also be added.

Thank You Your Honor.

Motion Title 18 section 241      see exhibit 2

8. Conspiracy to end the free use and exercise of rights under the federal laws which so govern these actions.  We are asking the federal justice system under the due control of a judge to find Jefferson County, MO in violation of this section of law. Jefferson County has denied us the use and pleasure of our home our families most valued position. It is especially harmful as we built the home our self's with the help of a handful of people. Jefferson County officials have continuously violated section 241 and openly laugh at the wrongful use of power. Vic Mullenbrink Jefferson County prosecuting attorney has direct knowledge that the county officials are wrong and openly violating the laws of the United States. He as a prosecuting attorney should be above this level of behavior. His actions are being directed so as to cover-up for Jefferson County  Building Officials specifically Jim Manley, Christy  Bales, Troy McDonald, Dennis Rodriquez, Judge Brassard, Judge Wegman and other individuals from the Department and County.

9. The Jefferson County officials have openly told me James E Wolf that I was not from this county therefore, my work would not pass. Also they told me that I was not going to pass as I was not a member of local 36 and that I would not be given an HVAC license. Christy Bales stated that I would not get an HVAC license because I did not have anyone who is currently licensed in St Louis County. This is a false statement. I sent a copy of the man's information to Christy Bales and received a letter stating that I would not qualify for various false reasons. Please note that the laws of Jefferson County are not the same as St Louis County. They issued a mechanical license to Gary Parham a man who has never worked on an air conditioning unit or a furnace. He sold me and illegal plumbing company for 200,000 dollars and was never licensed to work in the area's he falsified on the sales contract. I was taken for a large sum of money. I filed charges in Jefferson county with the sheriff's department. I was told they would investigate they did

nothing. I was swindeled out of 200,000 dollars no one did any thing but tell me I was not from Jefferson County and they weren't going to do any thing to help me.

This is Jefferson County Corruption at it's best. I would like my money back and to find out how they issued a license to a man who doesn't know diddle poo about ac/ heat work. Please have Jefferson county corrupt building department explain this lie. I will be bringing them on the stand to find out why.... I am currently licensed in California as a mechanical contractor. I have been since 1997. California license number. (758867 California mechanical licenses also valid in Arizona, Utah, and Nevada) see exhibit 3 license information. Also see St.Louis county license see exhibit 4.

10. The license program that Jefferson County uses was written by Local 36

Sheet Metal workers union. Christy Bales told me that she had local 36 help her write the license laws. In doing this they had gotten the upper hand in the county and basically are controlling who gets the license in this county. Christy Bales told me that I could not have a license because they are asking for a St Louis County Journeyman's card person on staff. Jefferson County does not have the same requirements as ST Louis County and the do not have it in law that a Journeyman's card is required in Jefferson County. This constitutes a gross injustice of law and further inhibits my ability to perform work in Jefferson County but also to perform work on my home. I built my own home and any additional work required for HVAC would have to be contracted to another company. This is just one more way that Jefferson County is violating my constitutional rights. They are bias against me and have used the corruption in the building department and the Jefferson County government to harm James Wolf and family. As you are well aware of the These actions by Christy Bales and Jefferson County Constitute all of the Requirements of Labor Racateering. This in addition to being a financial reward able situation it is also a situation which would merit prison time for Christy Bales., as well as Vic Mullenbrink . The labor racateering influence is quiet apparent as one looks at the facts of this situation.

11. I am asking the Federal Court system to grant damages in the form of monetary reward. As this harms me in two ways I would ask the court to award

damages on both the commercial side and the personnel side. The fact that this inhibits my company from doing business in Jefferson County I feel the damages are much greater than one would think. We have done business in Jefferson County for 10 plus years and had a well established cash flow from this trade. Now we cannot legally work in Jefferson County. Our customer base is severely impacted at this time. Also this has stopped us from legally working in Arnold, MO.

12. As this has occurred for a period of several years 2-3 we should be compensated somewhere in the 500-700 thousand dollar range per year. This would only be fair as they are doing this illegally. As far as the home damages are concerned I feel 800 thousand dollars is a fair price to ask for the air conditioning / furnace/another 800,000 home damages. In addition to these damages I feel it fair that the court seek punitive damages against Jefferson County at the courts discretion. Hopefully, it will be enough that Jefferson County stops this kind of nonsense. Also, if the court feels it necessary Jefferson County individuals are formally charged with crimes.

13. Also, please find it in the court's decision to add additional funds if Jefferson County should appeal this decision. It would only be fair as this would cost additional funds and additional losses. As far as the punitive damages it's my hope that the courts will punish Jefferson County enough that they never do this to anyone else again. Would like to call Carl Yount 636 6773115 insurance agent she has worked on our behalf and has direct knowledge of the crimes of St. Louis County Angela Mathis and Jefferson County building department.

Motion Title 18 Section 249 (Exhibit 6)

14. The law typifies a Hate Crime which infers the word hate as an act and a threat of an action. The law states that it must only prove the intent of the action to validate the crime. I firmly believe that Jefferson County and the individuals which work for the county have exceeded every level of hate in the actions and deeds in their acts toward James E Wolf. The facts are very clear in that for ten plus years Individuals in Jefferson County government have acted with malice in the open and unwavering attacks against James E Wolf.

15. As of recently (see exhibit 7) the county has now tried to criminalize James E Wolf by falsely charging crimes against him. This again proves hate they are trying to cover up for an act of unbelievable over site and pure ignorance. During a recent inspection Troy McDonald openly called James E Wolf a Mother Fucker in front of two eye witnesses. I had only asked Troy McDonald a few simple questions about a blue print. One that he had signed off on. He opened up and verbally attacked me and went to his car opened the door and acted as though he had a weapon in his vehicle. Which he probably did. As Jefferson County is pretty wide open territory. The two witnesses were Mark Messenger and Mr. Rodiciques.

16. At yet another inspection prior to this one Jefferson County Inspectors falsely charged James E Wolf with more crimes. The septic system was designed by Tom Churra Engineering. The criteria were incorrect. The engineering design was wrong on several points: 1. the pump was the wrong design, 2.the wrong type of pump 3. The pressures were wrong 4.also the pressure regulator was wrong 5.the strainer not correct. However, Jefferson County saw fit to ignore the facts and to file charges against me. The county claimed that the owner was responsible for this problem. Very difficult for the county to tell the truth in the real world the Engineering Company would be responsible for a faulty design. No amount of beating up on the home owner would change the facts. Jefferson County is blaming a wrong engineering design on the home owner and not the engineering company. In addition to this issue the county drug this out for about 6 to 8 months having meetings and discussions with our attorney the county personnel and just about anybody that they could drag into this created cover up by Jefferson County. As one might guess Troy McDonald is also behind a big part of this mess. Tom Churra told me that he gets a lot of his jobs from none other than Troy McDonald. Well now isn't that interesting. Could there be more to this? Request Tom Churra subpoenas to verify information. I will subpoena individuals who wrote the laws of the state of Missouri and the technical data. Dr Randy Miles and his engineering friend or friends.

17. Don't know but it does look improper. Especially considering who is involved.

Hate may be a gross understatement in this case as the time frame, the malice, the degree of hatred, the willful long term abuse of power, the threats and the false charges and fines. Understatement. Jefferson County is guilty of hate crimes on all counts. We ask the court system to find room in its heart to provide monetary damages for the wrongful way Jefferson County has treated James E Wolf. Please don't allow Jefferson County to treat anyone like this ever again. The fact that James E Wolf is permanently disabled and unable to do the work. The fact that James E Wolf Can't walk right, can't lift things properly and has a tumor in the rear of his brain which causes changes and other issues in his abilities. His body is badly hurt and is gravely ill and in extreme pain. What's wrong with Jefferson County?

18. Jefferson County has taken full advantage of Mr. Wolfs Illness. They have preyed upon his weakness and handicap. They are torturing his body, mind and spirit.

19. They know full well Mr. Wolf is gravely ill and yet they persist in their long term abuse and their hatred of him. Hatred a few letters of the alphabet yet years of habitual abuse. James Wolf has suffered unthinkable, unbearable, and criminal hatred. Yes, it is now time for the federal court to punish Jefferson County for their actions. Punish for the years of hatred. Punish for the years of misbehavior of Publish Officials. Where is the justice in public torture and hatred? Harassment and hatred Punishment must now be handed down by a Federal Justice System. Please find it in your heart to reward James E Wolf with monetary compensation. It would not be unthinkable to pay him 10 million dollars for the punishment and torture Jefferson County has unleashed. Please offer this small amount of money for his pain, suffering and torture. Plus the unbelievable hatred.

20. If Jefferson County appeals this very fair amount Please find it in your heart to reward additional funds for his pain and suffering for having to endure more of the hatred, torture and public slander. Please remember Mr. Wolf is gravely ill. Time is of the up most importance.

21. Think for just one minute Vic Mullenbrink, Prosecuting Attorney, for Jefferson County was once my attorney in a trial that was in the least questionable and in

fact criminal in nature. He represented me in a case in which my workers compensation company sued us for a phony charge. We proved this was phony yet Vic Mullenbrink told me I was a difficult person in the court room so he and Judge Brassard went in a back room and worked out a crooked deal. They awarded about 20,000 dollars to the insurance company plus they also awarded interest and legal fees. This was over a 2000 dollar bill that was phony to start with. Even our insurance agent told us not to worry about it that is was just an attention getter. Linda Evans with Insurance Source. She told us that we did not owe this money. But Vic Mullenbrink and Judge Brassard gave them an out rageous amount of funds for nothing. This was done in a back room. How criminal can this county really BE? The county then came and seized two trucks based upon Vic Mullenbricks crooked dealings. These individuals are officers of the court of the state of Missouri certainly they in the least should understand that their actions are wrong and corrupt. I ask for 4,000,000 damages on this count.

22. Your Honor kindly award James E Wolf this small amount of money

Motion: Title 18 Section 242 (See Exhibit   )

23. This motion pleads to the court for redress due to the actions of Jefferson

County Government Officials. The action of redress is defined as a color of law violation. This is highly merited due to the horrific actions of Jefferson County's Building Officials and the Legal Administration with respect to Vic Mullenbrink and Judge Brasherd. For more than ten years Jefferson County's Building Department Personnel have attacked, harassed, written phony tickets, placed stop work orders, written incorrect home inspections and so many other violations under the Color of Law act. It is inconceivable that a government could continue to operate with this much corruption. The system is so entrenched with layers of corruption that it has become the norm. There is little about the county that is fair. The connections to crime are in bedded and the undertow is prevalent in all areas of the building department.

24. The examples given in this document are easy for anyone to see. The county is in negative growth. The officials make work by failing projects for any and all reasons. My home is a prime example of how the system works. Inspections by different inspectors and then the failing of the inspections. Also, they then send a new inspector who finds another new group of problems that were not in the first inspection. This is not legal as they are doing different inspections not reinspections. They habitually don't show up for inspections and no one calls. This has happened on numerous occasions. There seems to be an underground current in Jefferson County that if you're not one of the good old boys from the county who grew up in the county that you're not welcome. This has been openly stated to me on job sites by Maurice a Jefferson County Inspector. The county is very anti outsider. They have openly failed work because they did not want to walk outside in the mud.

25. They don't have code books in their vehicles. If you want to question something they can't look up the correct answer from the code book. They just gosh and by goooly. They placed stop work orders on my home and work for no reason. This home has been under a stop work order most of its time that the construction was done. My company has been habitually singled out and failed for no reason. It's difficult to understand why this has happened. They appear to have been attacking the workmanship even if it was above standards. The house has gone on for so long that several different county supervisors have come and gone but the problems continue just the same. Several examples: 1.In 2003  I broke ground on this home

26. The company that poured the foundation poured the wrong dimensions on the foundation. They misread the prints and poured the wrong outside measurements to the first layer of the foundation. They called and ask to meet at the job site. They explained what had happened. They ask if this was ok as the home would be larger in scale. I told them it was OK if it did not create major problems. It really did not seem too big a deal at the time. However, it quickly became apparent that this was posing many new problems. The home was designed for roof trusses. But the roof trusses would be too small hence they had to be stick built on site.

27. This meant that huge cost overruns on the lumber to stick build on site the roof trusses. The trusses had to be built with 2x10 lumber 20 plus feet long. These ran a great deal of money for each 60 to 75 dollars each. Hundreds were required. The county inspectors immediately flagged this as it was dimensional lumber. They said no one built with this type of lumber in years and they didn't know how to use a lumber span chart. They stopped the project and told me to prove that the lumber was correct. It was right off a span chart and anyone with common knowledge should be able to read this. They wanted an engineer to approve the lumber. I said this is stupid as it's right on the charts. This was the start of the county trouble. They did not want to be the party to make the judgment call. There was no judgment call its black and white. Right off the charts.

28. Finally, after several weeks and months of fighting back and forth. They finally told me to have Executive Engineering bless the size of the beams. The county knew this guy and wanted him to do the work. I finally said ok and we paid some money for the engineer to say the charts were correct and the length and beams

Were fine. This type of problem has gone on for 11 years. This is really their job to know how to read a chart.

29. They have finally now charged me as a criminal for building my own home.

30. After eleven years of lies and lies and lies and lies they now have charge me with crimes. The above is just one example there are hundreds just liked this with Jefferson County. Please see exhibit-------Marked "Tickets".

31. As discussed earlier Judge Brassard and Vic Mullenbrink has already been discussed. However, I should note that when you own a company in the same county that you are building a home. You will probably be in court more than a few times to collect money. I have been before Judge Brassard on numerous occasions. However, the results were not rigged as they were with the results of Judge Brassard and Vic Mullenbrink. It should be noted that Vic Mullenbrink became my attorney after I originally hired Attorney Schnarre at Schnarre Law Firm. Vic appeared at Scharres Law Firm. This was after the St Louis County

assistant prosecuting attorney was found killed in East St Louis Illinois. He had been murdered and then dumped in East St Louis, Ill.

32. I had just finished a very controversial trial against St Louis County Government Plumbing Board to overturn a license issue in plumbing. Vic questioned me at great length about the killing of the attorney. It appeared that he felt I had some involvement in the murder of the prosecuting attorney. However, latter if was found out that the St. Louis County prosecuting attorney had been killed by two black guys who were after him. They found out he had an affair with one of the guys girlfriend. They got him to come to a vacate house in University City were they beat him to death. He thought the home was for sale. Never did I have anything to do with this. But at the time I think Vic Mullenbrink thought I was the killer. This shaped my trial in Jefferson County. Hardly fair. But justice and fairness are not always part of Jefferson County's legal system. On the above injustice's I seek 5,000,000 damages.

Title 18 Motion 245 This statue prohibits the willful injury or interference by force, threat, of any person because of their activity as administrated by a public source: state or local.

33. This is the absolute defining point of injustice in Jefferson County, MO. The administration from the legal to the building department and all area's in between are engaged in illegal labor racketeering along with the sheriff's department. Terrible shame that you can't even go to the sheriff's department to discuss the injustices and criminal activities in the county government. They also appear to be influenced by the labor racateering.

34. The various unions payoff people in government by hiring their relatives or sending work to companies owned by their relatives or in some cases directly to companies owned by the government individuals. This buys very favorable government for the unions which pay money to these situations. It also allows the unions to dictate who will receive favorable licenses to do business. They are able to apply pressure "under the table of course" on how jobs are viewed with respect to passing or failing an inspection.

35. I have personally witnessed jobs which were not properly inspected but they were passed because the job was union or a friend of the inspector. I personally visited one job site to do work for an elderly woman she told me the man that put her septic system in regarded the whole hill with a tractor and took dirt from her yard in an area that would never pass. When they were done the inspector came did not get out of his car and the job passed because the inspector knew him. She told me that she talked to the inspector and he wasn't in the least concerned about her job as he told her he knew the installer. The septic system was failing and was only a few years old. I was called to her home to work on the system to repair the mess the other installer had made. As we looked the job over I realized the women had been taken. The soil was almost all clay and held water in pools on the surface. The soil was too shallow to be of any value. The erosion was +- very bad and the whole new septic system needed to be replaced. She was very unhappy. The other installer was unreachable. She told me she called Jefferson County but they did nothing.

36. I told her to call Dr Randy Miles with the State of Missouri. He is the individual who wrote the state manual's for installation of septic systems. I never got the whole job of rebuilding her septic system. We did some of the repairs however, she was mad as she had just paid a lot of money. We did our repairs and left.

37. The Jefferson County government is directly responsible for unfavorable licensing requirements. I was told directly by Christy Bales, Jefferson County, that the licenses for HVACs are controlled by St Louis County Government how could this be…. They are two different groups of people and county governments. She told me I was not going to get a Mechanic license in Jefferson County as I did not have journeymen licensed in St. Louis County. The license requirements are totally different. She was incorrect but really did not care because she was being told to do this by someone in the government above her or someone in the local union told her to axe me. This is the norm in Jefferson County.

38. Local 36 wrote the laws for Jefferson County and they apparently told her that I was not to get a license in Jefferson County. They control the license program

for St Louis County Mo and now control the license program for Jefferson County. Local 36 pride itself on owning the governments in both counties. I had lunch with the Business agent for Local 36 ad he told me straight out that they had control of the local governments. I don't have a problem with this if they were sending me work as they do their companies.

39. The local market for HVACs is rather slow with all the big corporations moving out of the area. Union Corporations. Chrysler, Ford and all the parts manufacturing companies that supply parts to these corporations. Also, he told me that the day I had lunch with him his largest company called before lunch and told him that they were closing. This is the tone of the lunch we had that day. He told me it was a bad time to talk to him and that his union was having trouble as they built a new 10 million dollar building and were having trouble paying the bills for the loan.

40. He told me not to rejoin the union at that time as there was very little work at this time. This was two years ago. He also told me he was having the city of Arnold MO put pressure on me. I ask him why he told me that we had pulled out of the union. I told him we had no choice because they told us they were not going to give us any work. I told him we were interested in rejoining but he was adamant about not joining the union at that time. I have tried to join the unions on several occasions but they have resisted to date.

41. In fact Local 562 won't even call me back. I was told when we pulled out. We could rejoin anytime. This is not true they told us they would not give us any work. This was done on speaker in front of numerous eye witnesses.

42. We were also a party to local 562 but they are pulling the same thing. In fact Local 562 Plumbers and Pipefitters union (Mick Chumley) told me that we could rejoin any time that we wanted. Mick Chumley has recently passed on and his son is running the union at the present time. However, Brian Chumley his son was called by Bill Kroeger, AGC, and asks him if we could rejoin. He accused me of trying to land a good job for my son in a union shop.. I told Bill Kroeger that my son has a college degree and probably wasn't interested in that deal. But it's what

Brian Chumley thought. Totally wrong information. But they can believe what they want I can't change their minds.

43. From these simple examples one can easily see that the problems are far greater than what appears on the surface.. The local unions are controlled by big companies which supply the bulk of the income to support the unions. They really don't care about a small company or the people who work for these small companies. But they go out of their way to screw us over in any way possible and that's where the corruption comes in play. We aren't the money makers for the unions. But our interest is just as great as the big players. If you don't want small business then don't let them join in the first place. And do not promise that you will help us; send us work and then just plain screw us into the ground.

44. This may seem a little off track but it's exactly what's causing my problems with my home and my company in Jefferson County. As I said earlier the unions control the local government and hence they are also responsible for the problems as well as corrupt government. This licensing program needs to be

Placed in the hands of educators and not the local unions. It's a system built on corruption and will continue to become more corrupt unless someone of a higher source steps in and changes the present design. The state of Missouri has set up a system of corruption and it's designed with the labor unions to be in control.

45. For too many years I have been abused by the local Jefferson County government and the labor unions. Due to the willful nature of these attacks I would ask the Federal government to have Jefferson County pay damages in the small sum of 15 million dollars plus interest and any additional damages deemed necessary. Also, please have Jefferson County pay for any delays in this payment if they seek to ask for another trial. Interest and any other fees would also be asked for at this time. The court may also seek punitive damages if it so desires.

46. The real problem is the corruption and we plead with the court to take Federal Action in forcing the state of Missouri to redress its lack of government at the proper level and the poor management it has given to the counties. The state must be forced to take control of the licensing program and to administrate the

laws for the whole state and not just a few counties. This system is so corrupt and so poorly administrated I feel it justified that a Federal Over site Committee be set up to guide and rule on the laws, regulations and statues for contracting in the state of Missouri.

47. At present a Cat Fish is better protected than a homeowner and has more administration than the average person's property in the state of Missouri. There is no protection to stop a convicted Child Molester from entering people's homes and doing what they want to children. There is no background check required in this state. This is because the Plumbers and Sheet Metal workers unions want this rule. Many of their union employees are convicts, child molesters, burglars, and rapists. Most people think there is regulation as to this type of rule. Missouri has no background checks for anything. How poor is that rule or lack of rules. Missouri cannot govern itself on these matters as the unions control the governments. Therefore, a Federal Over site Committee must be in charge of this program. Educators and not convicts must rule.

48. Again remember I am being charged by Jefferson County Officials Vic Mullenbrink, Troy McDonald and others. They are told what to do by Union Personnel and this is again a part of my problem. Can the federal government please clean this mess up? It's so far out of control that they are putting people in jail this is from government people who need to be in jail and not in charge of the laws governing the county. Labor racketeering, influence peddling, county corruption, and numerous other illegal activities. I ask the Federal Government to require Jefferson County to pay 10 Million dollars for these infractions plus any interest and other funds the federal government would administrate.

Motion Title 42 Section 3631 Criminal interference with right to fair housing.

49. This is so not open to investigation that it almost goes without saying or having to even mention this crime. Jefferson County has gone out of its way to administratively torture James Wolf. This is not only a crime punishable by time in

prison for those that administrate but has required additional monetary fines and punishment time. The county has used this home as a means torture, punish and any other crime that they can use. I am totally disabled and they continually torture me in all ways possible. I cannot believe that a government can be so far out of norm.

50. The case is obvious that it almost goes without saying. The County government has kept us from living and using our home. The local officials have taken pleasure in beating on me. This has been stated several times already but it goes without saying that things had been pushed beyond any scope of imagination for this additional charge. As unbelievable as this is it is true. The county has pulled just about every dirty trick that is imaginable and then some that don't exist. An example would be telling Mr. Higgs the drywall and painter was telling him that I was not paying my contractors on the job site. In doing this.

They tried to run him off making him think he was not going to get paid. This is an all time new low, but they tried it. Apparently they told the Arnold police to go tell Mr. Higgs this way he will not do the job.

51. This type of garbage would only happen with a crooked government. He got paid. This is pretty extreme. I saw the Arnold Police near Mr. Higgs home and he told me what they had pulled.

52. Due to the ridiculous venom that the Jefferson County Government put forth on this item, I would ask the Federal government to force Jefferson County to pay on this account. Due to the willful violations and the wrongful way the County did business I would ask the Federal government to punish them with monetary reward to James E Wolf in the amount of 1,000,000 dollars on each count for this crime. Your help is appreciated. Additional punitive damages could also be applied.

53. Almost everything in this case involves proofs that the individuals in Jefferson County government went out of their way to harm James Wolf. Every time they acted they added to this count of harm. Each could be charged individually I rather think each is a separate crime.

54. The Jefferson County Government has gone out of its way to destroy James Wolf in every way possible. I have been told my work would never pass as I was not from Jefferson County. It's unfortunate that the place is so crooked that the only way to stay in power is to ruin anyone who tries to move into the county and open a business. They seem to be happy in repressing the economy, the jobs, the people and the overall good of the county. The government is directly at fault in the backward way that they do business and the lack of forward thinking. It's basically a waste of government money in the present way of doing business as government in this community. Repression, labor racketeering, fraud, influences peddling, and a host of illegal activities that they deem as normal government.

55. Normal government for Jefferson County and the individuals that are the county government. It's very unfortunate that they continually repress the companies in their county. The government set up a fraudulent licensing program whereby the county grandfathered in all of the St Louis County licensed contractors and then started the process of running the business's out of the county which were there and operating for years. The tax dollars are not going to Jefferson County Government Companies but to St Louis County companies which were grandfathered.

56. This is so corrupt it's unbelievable except one more thing. This makes it even worse. They grandfathered in St Louis County Government business but they stopped any reciprocity for the Jefferson County Companies in St Louis County. This is unbelievable Corruption. I would ask a Federal Judge to reverse this injustice and do one of the following things: 1. Revoke the St Louis County Companies Licenses with the obvious case being inequality of law and statue. Or 2. Grandfather all companies in Jefferson County to St Louis County and any other county in the State of Missouri. As you see this is so corrupt it's unbelievable. Including all companies they have run out of business. In the event they wish to reopen under fair laws.

57. But in light of the inequality of government the whole system needs to be set aside and a state license program valid across the state with no discrimination

between counties and equality of law. This is a fair and far more useful long term solution. People who are discriminated against because of the county that they live in would be given equality under law. This is the basis of the United States Constitution and a valid way to end discrimination against persons of another county. The unfair and unjust system of government would be ended once and for all. A panel of educators and other qualified individuals would make up the license program start up panel. Under the supervision of the Federal Government to end the discrimination which is the present norm. Persons of color, creed, national origin, religion and county origin would become equal under law. The injustice would be eliminated and valid throughout the state of Missouri.

58. I have felt this injustice personally and it is a horrible system which needs to be done away with at the earliest date possible. Please allow this to happen by forcing the state of Missouri to setup a fair system of government and licensing.

59. For these crimes against James E Wolf I would think that the sum of 10 million dollars would be only fair.

Title 42 section 14141 County corruption with regard to corruption of government through long term harassment.

60. This is so obvious that it probably doen't need to be revisited with the unbelievable corruption that exists in Jefferson County and St Louis County governments.

61. So many years of this type of corruption that I felt it needed to be added and cleaned up. How can the people believe in a government which is nothing but corrupt. They have practiced violations of federal law on a regular basis and have been rewarded by the good old boy system. They get promoted and new cars and and medical while the rest of the county does without.

62. After 11 plus years of being beaten by Jefferson County this does not require much additional proof.

63. This amounts to nothing more than Discrimination and harassment.

Please reward James E Wolf for this also in the amount of $100,000,000.

Americans with disabilities act.

64.I feel the county governments and city governments are poorly qualified to issue any type of plumbing, mechanical, electrical or other life safety license. They are under the influence and control of labor unions, labor racateering and cannot govern in a fair and equal way. We are penalized by the county that we live in and not the qualifications that we have in life. The state of Missouri is at fault in its actions and its deeds. They are passing the buck and fully allowing influence peddling and corruption to be its guide. The state needs to be held in violation of all of the above and fined with equal respect to all actions. Missouri is a poorly governed state with little government action in areas that need state government control and not low level government control. They have set up and allowed a system of corruption and it works well. Local 562, local one and local 36 have taken full advantage of the lack of Missouri government control and have influenced government corruption. They need to be held accountable for the influence peddling, and labor racateering. They brag about owning local government officials and how they put those individuals in office to control the licensing programs.

65. However, it's now time for the state of Missouri and others to be held accountable for its actions. I would like to call Julie Valie, Missouri state employee to witness her actions and lies and the judge who collected false information in the phony tribunal that they held. The federal government needs to charge Missouri Secretary of state for crimes of mail fraud, and illegally shutting down my companies. The state is a puppet for the corruption and cannot govern. Therefore, they must be placed under federal control and super version until they are cleaned up and laws are on the books to govern in a fair and equal way. Not the present corruption which is to Missouri government norm.. Under the federal whistle blowers laws I should not be penalized for actions against the governments.. They have all violated actions of the Federal government actions of the Americans with Disabilities Act. All levels of the Missouri government should be held accountable for these violations. They are unable to govern with respect to the laws of the Federal government equality of justice for disabled people. Instead they tried to make a criminal out of me and charge me with made

up charges and actions. They being all levels of the state of Missouri government (channel 5 news St.Louis, Mike Rush),local 562 Plumbers and pipefitters,local 36 sheetmetal, Gary Parham, Eureka fire dept, Payne Crest electric Corporation and Local one IBEW. Note All of the previous unions corporations and people are from the St. Louis area.   Please find it in your heart to fine Missouri state government, Jefferson county government, the city of Arnold, Chanel 5 St Louis , Mike Rush(news person ch 5), local 562,local one, local 36,Gary Parham, Payne Crest corporation  and St. Louis County government for violations of all of  the above plus actions of the Federal Americans with Disability Act. I certainly qualify.. Please find this in your heart. For this I ask the Court to award 4 billion dollars of which 200,000,000 to James E Wolf and the balance to be set up in a fund to be distributed to other victims of the injustice of government and news media in this area and state. Please divide the fine as the federal judge and government sees fit.  That each injured party not be given more than 5,000,000 dollars. All interest from the funds should be donated to St Louis Children's Hospital and a panel of seven sisters of St Mary's Health Care decide how to pay the individuals and thåt no tie on voting can exist. This is for the distribution of funds. Hopefully, this will prove to be a determinant to other actions of corruption of the state, news media and local governments.

66. In Summation I ask the Judge to Act on Item one above immediately. And that the remaining items be Held in a trial by jury as soon as possible. If criminal charges are needed and must be applied we are prepared to act with the authorizes in bringing justice.